UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MICHAEL HOLLINS,

    Plaintiff,

vs.

G. MONKS, et. al.,

    Defendants.

No. C 12-6253 PJH (PR)

**ORDER OF DISMISSAL**

Plaintiff, a state prisoner, has filed a civil rights action. Plaintiff was sent a notice that he had not paid the filing fee or properly applied for leave to proceed in forma pauperis ("IFP"). He was allowed thirty days to either pay the fee or file a proper application. More than thirty days has passed and plaintiff has not paid the fee or filed a new application to proceed IFP. Plaintiff's incomplete motion to proceed IFP (Docket No. 2) is **DENIED** and this case is **DISMISSED** without prejudice. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: February 27, 2013.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.12\Hollins6253.dsm-ifp.wpd